# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAMES THEODORE SHARKEY,
              Appellant,
      vs.
ANDREA STAPLETON,
              Respondent.

No. 79413

**FILED**

AUG 23 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
    DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from an order denying appellant's motion to inspect all evidence favorable to him. Eighth Judicial District Court, Clark County; William D. Kephart, Judge.

Review of the documents submitted to this court pursuant to NRAP 3(g) reveals a jurisdictional defect. Specifically, the judgment or order designated in the notice of appeal is not substantively appealable. *See* NRAP 3A(b). No statute or court rule provides for an appeal from an order denying a motion to inspect favorable evidence. This court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule. *Taylor Constr. Co. v. Hilton Hotels*, 100 Nev. 207, 678 P.2d 1152 (1984). Accordingly, as this court lacks jurisdiction, this court

ORDERS this appeal DISMISSED.

_____, J.
Hardesty

_____, J.
Stiglich

_____, J.
Silver

19-35350

cc: Hon. William D. Kephart, District Judge
James Theodore Sharkey
D.R. Patti & Associates
Eighth District Court Clerk